**B6A (Official Form 6A) (12/07)**

In re  Almeida, Lucineia D.                         ,          Case No.  12-bk-11942
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

AMENDMENT

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 34 Lexington Avenue west Warwick, RI | Real Estate | | 120,000.00 | 168,754.00 |
| | | Total▶ | 120,000.00 | |

(Report also on Summary of Schedules.)

# CERTIFICATE OF SERVICE TO AFFECTED/RELATED PARTIES

I hereby certify that on August 21, 2012, a copy of the foregoing document, filed through the CM/ECF System, will be sent to the following affected and/or related parties;

Ocwen Loan Servicing
1661 Worthington Road
W. Palm Beach, FL 33409

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

Mr. Frank Realty Trust
c/o Bogle & DeAscentis
57 North Main Street
Fall River, MA 02720

/s/Todd S. Dion
Todd. S. Dion, Esq.